An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

KELLY AHERNS,
               Appellant,
      vs.
DALE AHERNS,
               Respondent.

No. 68097

**FILED**

JUN 09 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is an appeal from an order of the district court resolving a motion for an order to show cause why appellant should not be held in contempt, and appellant's countermotion for an interview of the parties' child in a divorce matter. Both parties are proceeding in pro se pursuant to this court's pilot program for civil litigants proceeding in pro se.

Our review of the documents before this court reveals a jurisdictional defect. Specifically, it appears that the judgment or order designated in the notice of appeal is not substantively appealable. This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *See* NRPA 3A(b); *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from an order denying a show cause order or denying a motion for a child interview. Accordingly, we conclude that we lack jurisdiction and we dismiss this appeal.

It is so ORDERED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

15-17558

cc:   Hon. William S. Potter, District Judge, Family Court Division
      Kelly Aherns
      Dale Aherns
      Eighth District Court Clerk